# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5416
_____

JEFFREY MOSLEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal – Original Jurisdiction.

February 21, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey Mosley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.